# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

JOHN RUGER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil Action 2:11-CV-969

Judge Watson

Magistrate Judge King

## ORDER

On February 6, 2013, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded for further consideration of plaintiff's residual functional capacity and its impact on plaintiff's ability to engage in substantial gainful employment. *Report and Recommendation*, Doc. No. 15. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 15, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED**, and the matter is **REMANDED** to the Commissioner of Social Security for further proceedings.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**