IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN RUGER,**

    **Plaintiff,**

vs.                                      Civil Action 2:11-CV-969
                                                Judge Watson
                                                Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

On February 20, 2014, the United States Magistrate Judge recommended that plaintiff's motion for attorney fees, Doc. No. 18, be granted. *Report and Recommendation*, Doc. No. 19. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 19, is **ADOPTED AND AFFIRMED**. Plaintiff's motion for an award of attorney fees and costs, Doc. No. 18, is **GRANTED**. Plaintiff's attorney is **AWARDED** a fee pursuant to 20 C.F.R. §§ 416.1525, 416.1528 in the amount of $5,740.00, or 25% of the past-due benefits, whichever is less.

                                                                /s/ Michael H. Watson
                                                                **Michael H. Watson, Judge**
                                                                **United States District Court**